UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| A&E AUTO BODY ET AL. | MDL DOCKET NO.: 6:14-md-2557-Orl TBS |
| VERSUS | CASE NO. 6:14-cv-06004-GAP-TBS (LA) |
| 21ST CENTURY CENTENNIAL INSURANCE COMPANY, ET AL. | |

**NOTICE OF VOLULTARY DISMISSAL PURSUANT TO**
**RULE 41 of the FEDERAL RULES OF CIVIL PROCEDURE**

NOW INTO COURT, comes Big Easy Collision, LLC, Plaintiff in Case 6:14-cv-06004, which moves to dismiss all claims, actions and causes of action asserted by it in the instant litigation. Pursuant to Rule 41(a)(1)(A), Plaintiff, Big Easy Collision, LLC, notes that it is not aware of any answer or motion for summary judgment having been filed by any defendant in this action.

WHEREFORE, Plaintiff, Big Easy Collision, LLC, prays that, pursuant to Federal Rule of Civil Procedure 41, all claims, actions and causes of action asserted by it in this action be dismissed. Plaintiff, Big Easy Collision, LLC, further prays for all other relief to which is entitled, whether in law or in equity.

Respectfully submitted,

BREITHAUPT, DUNN, DUBOS,
SHAFTO & WOLLESON, LLC
1811 Tower Drive, Suite D
Monroe, LA 71201
Telephone: (318) 322-1202
Facsimile: (318) 322-1984
Email: mdubos@bddswlaw.com

_Michael L. DuBos_
Michael L. DuBos (23944)

## CERTIFICATE OF SERVICE

I hereby certify that once filed into the above-referenced proceeding, a copy of the above and foregoing will be served on the all counsel of record via electronic notification by this court's CM/ECF system.

Monroe, Louisiana, this 13th day of March, 2015.

_____
Michael L. DuBos