# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

A & E AUTO BODY, INC.,
AMERICAN PAINT & BODY, INC.,
et al.,

      **Plaintiffs,**

v.                                            Case No:   6:14-cv-6004-Orl-31TBS

21ST CENTURY CENTENNIAL
INSURANCE COMPANY, et al.,

      **Defendants.**

## ORDER OF DISMISSAL

Upon consideration of the Notice of Voluntary Dismissal (Doc. 110), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that all claims of Big Easy Collision, LLC, a Plaintiff in the above-styled case, are dismissed, each party to bear its own fees and costs. Any pending motions as to these claims are **DENIED** as moot.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 17, 2015.

                                              GREGORY A. PRESNELL
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties