## THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

| | |
|---|---|
| PARKER AUTO BODY, INC., *et al.*, | * |
| | * |
| PLAINTIFFS, | * MDL Docket No. 2557 |
| | * |
| v. | * Case No. 6:14-cv-06004-GAP-TBS |
| | * |
| STATE FARM MUTUAL AUTOMOBILE | * Originally filed in the Western District |
| INSURANCE COMPANY, *et al.*, | * of Louisiana |
| | * |
| DEFENDANTS. | * |

## DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' OBJECTIONS TO MAGISTRATE'S REPORT & RECOMMENDATION

The undersigned Defendants respectfully file this Motion to Strike ("Motion") Plaintiffs' over-length, untimely Objection to Magistrate Judge Smith's Report & Recommendation (the "Over-length Objection") to dismiss the First Amended Complaint ("FAC") (Doc. 177).

## PRELIMINARY STATEMENT

The Local Rules for the United States District Court for the Middle District of Florida ("Local Rules") clearly state that a response brief shall be "not more than twenty (20) pages." L.R. 3.01(b). On April 22, 2016, Plaintiffs filed the *66-page* Over-length Objection. At 66 pages, the Over-length Objection is more than *three times* the number of pages Plaintiffs were allowed under L.R. 3.01(b). Plaintiffs failed to request any additional pages for their brief before filing.

Further, Plaintiffs' Over-length Objection was due April 19, 2016. Yet Plaintiffs did not file their Over-length Objection until April 22, 2016. This is not the first time Plaintiffs

have filed untimely motions in this case and the other cases in this multidistrict litigation; in fact, Plaintiff's FAC was itself untimely.

As a result of Plaintiffs' repeated disregard of this Court's orders and the Local Rules, Defendants respectfully request that the Court strike the untimely Over-length Objection in its entirety.[1]

## ARGUMENT

On April 5, 2016, Magistrate Judge Smith issued the Report & Recommendation recommending dismissal of the FAC (the "R&R"). *See* Doc. 167. The R&R explicitly provided that each party had "fourteen days from this date [April 5, 2016] to file written objections to the Report and Recommendation's factual findings and legal conclusions." R&R at 26. Courts in this district apply L.R. 3.01(b) to Objections to Reports & Recommendations, which imposes a 20-page limit on briefs. *See* L.R. 3.01(b). In other words, the parties' objections were due April 19, 2016,[2] and could be no more than 20 pages in length.

---

[1] In the event that the Court declines to strike the Over-length Objection, the Defendants have submitted a Response to Plaintiffs' Over-length Objection concurrently herewith, which explains that Plaintiffs' repetitive arguments are baseless and futile and requests that the Court adopt Magistrate Judge Smith's R&R (except to the extent of the Partial Objections of Progessive (Doc. 168), State Farm (Doc. 169), and Louisiana Farm Bureau (Doc. 170)) and dismiss the FAC with prejudice, in its entirety.

[2] Defendants incorporate by reference the arguments in the previously-filed motion to strike the untimely-filed FAC (Docs. 124 and 141). Under Federal Rule of Civil Procedure 6(d), when a judicial order does not call for a response "within a specified time *after* service" (whether by mail or electronically), no extra time is afforded. *See* Fed. R. Civ. P. 6(d) (emphasis added). Since the Magistrate Judge's April 5, 2016 R&R did not give Plaintiffs the right to file their objection within a prescribed period *after* service of notice, the Federal Rules and Eleventh Circuit law require that Plaintiffs had to (and did not) file within the 14-day deadline of April 19, 2016. *See, e.g., United States v. Hennigan*, No. 6:13-CV-1609-ORL-31, 2015 WL 2084729, at *2 n.3 (M.D. Fla. Apr. 30, 2015) (Presnell, J.) (rejecting party's contention that he was granted an additional three days to respond under Rule 6(d) and stating that when time is specified "in a Court order for a document to be

However, in violation of the rule, the April 19 deadline passed and, without seeking an extension from this Court or notifying Defendants, Plaintiffs unilaterally chose to file the 66-page, Over-length Objection on April 22, 2016. It should be stricken as untimely.[3]

Further, the Local Rules set out the procedure for requesting leave to file a brief in excess of the allotted twenty pages. *See* Local Rule 3.01(d). Plaintiffs did not follow this procedure, nor did they ask Defendants to stipulate to additional pages for their Over-length Objection.

Defendants may also be prejudiced by the additional pages. Plaintiffs fill the 46 extra pages with repeat arguments this Court has already rejected in this case or one of the other antitrust cases with similar claims in this multidistrict litigation. Moreover, the Over-length Objection is at times nonsensical and difficult to follow. Nonetheless, Defendants have attempted to respond to all 66 pages of Plaintiffs' Over-length Objection in the prescribed 20 pages allowed by L.R. 3.01(b).

Thus, Defendants respectfully request the Court strike Plaintiffs' Over-length Objection.

## CONCLUSION

For the foregoing reasons, the Court should grant Defendants' Motion to Strike the Over-length Objection.

---

*filed,* the respondent filing the document is not entitled to add three days for *'service'* of the document") (emphases in original).

[3] Plaintiffs have habitually filed untimely motion in this multidistrict litigation ("MDL"). Similar motions to strike the plaintiffs' untimely filings have been filed in *Alpine Straightening Systems, Inc., et al., v. State Farm Mut. Auto. Ins. Co., et al.,* No. 6:14-cv-06003-GAP-TBS (the "Utah Action") (Docs. 105, 114, 136); and *Indiana AutoBody Assoc., Inc. v. State Farm Mutual, et al.*, No. 6:14-cv-06001-GAP-TBS (the "Indiana Action") (Docs. 153, 158, 161).

## CERTIFICATE OF CONFERRAL

Pursuant to Rule 3.01(g) Local Rules for the Middle District of Florida, on May 9, 2016 the undersigned counsel conferred with counsel for plaintiffs, Allison Fry, in a good faith effort to resolve the issues presented in this motion. Ms. Fry advised that plaintiffs object the relief sought herein.

**DATED:**  May 9, 2016                              Respectfully submitted,

                                                    */s/ Johanna W. Clark*
                                                    Johanna W. Clark
                                                    CARLTON FIELDS JORDEN BURT, P.A.
                                                    450 S. Orange Ave., Suite 500
                                                    Orlando, Florida 32801
                                                    Telephone: (407) 849-0300
                                                    Facsimile: (407) 648-9099
                                                    Email: jclark@cfjblaw.com

                                                    Michael L. McCluggage
                                                    EIMER STAHL LLP
                                                    224 South Michigan Avenue, Suite 1100
                                                    Chicago, Illinois 60604
                                                    Telephone: (312) 660-7600
                                                    Facsimile: (312) 692-1718
                                                    E-mail: mmcluggage@eimerstahl.com

                                                    Michael P. Kenny
                                                    ALSTON & BIRD LLP
                                                    One Atlantic Center
                                                    1201 West Peachtree Street
                                                    Atlanta, Georgia 30309
                                                    Telephone: 404-881-7000
                                                    Facsimile: 404-881-7777
                                                    Email: mike.kenny@alston.com

                                                    *Attorneys for Defendants State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company*

*/s/ E.K. Cottrell*
E.K. Cottrell (Fla. Bar No: 0013579)
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, Florida  32202
Telephone: (904) 598-6100
Facsimile: (904) 598-6300
Email: ecottrell@sgrlaw.com

*Attorneys for Defendants Sentry Insurance A Mutual Company, and Sentry Select Insurance Company*

*/s/ Timothy J. Rooney*
Timothy J. Rooney (admitted pro hac vice)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: trooney@winston.com

Laura Besvinick (Fla. Bar No. 391158)
STROOCK & STROOCK & LAVAN LLP
200 South Biscayne Boulevard, Suite 3100
Miami, Florida 33131
Telephone: (305) 789-9300
Facsimile: (305) 789-9302
Email: lbesvinick@stroock.com

*Attorneys for Defendants Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, Travelers Casualty Insurance Company of America, The Travelers Indemnity Company of America, The Travelers Indemnity Company of Connecticut, The Travelers Indemnity Company, and Travelers Property Casualty Company of America*

*/s/ Richard L. Fenton*
Richard L. Fenton
Mark L. Hanover
Dentons US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
Email: richard.fenton@dentons.com
Email: mark.hanover@dentons.com

Bonnie Lau
Dentons US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: bonnie.lau@dentons.com

Lori J. Caldwell (Florida Bar No. 0268674)
Rumberger, Kirk & Caldwell, P.A.
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida  32802-1873
Telephone: (407) 872-7300
Facsimile: (407) 841-2133
Email: lcaldwell@rumberger.com

*Attorneys for Defendants Allstate Property and Casualty Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, Allstate Insurance Company, Encompass Indemnity Company, Encompass Insurance Company of America, Encompass Property and Casualty Company, and Esurance Insurance Company*

/s/ Michael E. Mumford
Ernest E. Vargo (*admitted pro hac vice*)
Michael E. Mumford (*admitted pro hac vice*)
BakerHostetler
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
Email: mmumford@bakerlaw.com
Email: evargo@bakerlaw.com

*Attorneys for Defendants Liberty Mutual Fire Insurance Company, Liberty Mutual Insurance Company, Safeco Insurance Company of America, and Safeco Insurance Company of Oregon*

/s/ Elizabeth S. Horn
Richard C. Stanley (La. Bar No. 8487)
Elizabeth S. Horn (La. Bar No. 35829)
STANLEY, REUTER, ROSS,
THORNTON & ALFORD, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile: (504) 524-0069
Email: rcs@stanleyreuter.com
Email: esh@stanleyreuter.com

*Attorneys for Defendant, Fireman's Fund Insurance Company*

/s/ Christopher C. Skambis
Christopher C. Skambis (Fla. Bar No. 0262358)

THE SKAMBIS LAW FIRM
720 Rugby Street, Suite 120
Orlando, Florida 32804
Telephone: (407) 649-0090
Facsimile: (407) 649-0191
Email: cskambis@skambislaw.com

*Attorneys for Defendant Safeway Insurance Company of Louisiana*


*s/ Howard B. Kaplan*
Howard B. Kaplan (La. Bar. No. 14414)
Bernard, Cassisa, Elliott & Davis
3838 N. Causeway Boulevard, Suite 3050
Metairie, Louisiana 70002
Telephone: (504) 834-2612
Facsimile: (504) 838-9438
Email: hkaplan@bcedlaw.com

*Attorneys for United Fire and Casualty Company and United Fire & Indemnity Company*

*/s/ Michael R. Nelson*
Michael R. Nelson (NY Bar No. 4097572)
Kymberly Kochis (NY Bar No. 4045530)
Francis X. Nolan, IV (NY Bar No. 984277)
SUTHERLAND ASBILL & BRENNAN LLP
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, New York 10036
Telephone:(212) 389-5000
Facsimile: (212) 389-5099
Email: michael.nelson@sutherland.com
Email: kymberly.kochis@sutherland.com
Email: frank.nolan@sutherland.com


Jeffrey S. Cashdan
Claire Carothers Oates
KING & SPALDING LLP
1180 Peachtree Street, NE

Atlanta, Georgia  30309
Telephone: (404) 572-4600
Facsimile: (404) 472-5139
Email: jcashdan@kslaw.com
Email: coates@kslaw.com

*Attorneys for Defendants Progressive Security Insurance Company and Progressive Paloverde Insurance Company*


*/s/ Hal K. Litchford*
Hal K. Litchford (Fla. Bar No. 272485)
Kyle A. Diamantas (Fla. Bar No. 106916)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
SunTrust Center
200 South Orange Avenue
Post Office Box 1549
Orlando, Florida  32802
Telephone:  (407) 422-6600
Facsimile:  (407) 841-0325
Email:  hlitchford@bakerdonelson.com
Email:  kdiamantas@bakerdonelson.com
       -and-
Amelia W. Koch *(admitted pro hac vice)*
Steven F. Griffith, Jr. *(admitted pro hac vice)*
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana  70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000
Email:  akoch@bakerdonelson.com
Email:  sgriffith@bakerdonelson.com

*Attorneys for Defendants, USAA Casualty Insurance Company and USAA General Indemnity Company*

*/s/ Christopher R. Pennison*
Christopher R. Pennison (La. Bar No. 22584)
Jay M. Lonero, T.A. (La. Bar No. 20642)
LARZELERE PICOU WELLS SIMPON LONERO, LLC
Two Lakeway Center, Suite 1100
3850 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone:  (504) 834-6500
Facsimile:  (504) 831-6565
Email:  cpennison@lpwsl.com
Email:  jlonero@lpwsl.com

*Attorneys for Defendants, American National Property and Casualty Company and American National General Insurance Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of May, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

*/s/ Johanna W. Clark*
Johanna W. Clark