UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| PARKER AUTO BODY, INC., *et al.* ) | |
| ) | MDL Docket No. 2557 |
| Plaintiffs ) | |
| ) | Case No. 6:14-cv-06004-GAP-TBS |
| VERSUS ) | |
| ) | Originally filed in the Western |
| STATE FARM MUTUAL AUTOMOBILE ) | District of Louisiana |
| INSURANCE COMPANY, *et al.* ) | |
| ) | |
| Defendants ) | |

### DEFENDANT FIREMAN'S FUND INSURANCE COMPANY'S RESPONSE TO PLAINTIFFS' OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATION

Defendant Fireman's Fund Insurance Company ("FFIC") submits this Response to Plaintiffs' Objections to Magistrate's Report and Recommendation (Doc. 177, caption corrected and re-filed as Doc. 178) ("Objections"). FFIC joins in and adopts the Responses to Plaintiffs' Objections filed by Hartford, State Farm, and other defendants (Doc. 179, Doc. 181).

**I.  Plaintiffs' Objections to Magistrate's Report and Recommendation as they Relate to FFIC.**

FFIC adopts and incorporates herein the arguments raised in the Responses filed by Hartford, State Farm, and other defendants (Doc. 179, Doc. 181). In addition, Plaintiffs' Objections should be overruled on the basis that the Plaintiffs' First Amended Complaint (Doc. 119) does not include any specific allegations with respect to FFIC. Even the alleged "[f]urther examples of Defendants' conduct," which Plaintiffs

improperly ask this Court to consider, do not include any allegations that could be read to form the basis of a claim against FFIC.  (Doc. 177 at 35-39).

## II.     Conclusion

For the above reasons, as well as the reasons set forth in the Responses to Plaintiffs' Objections filed by Hartford, State Farm, and other defendants (Doc. 179, Doc. 181), Plaintiffs' Objections should be overruled and their state law claims against FFIC should be dismissed with prejudice.

Dated May 9, 2016.

                Respectfully submitted,

                /s/  Elizabeth S. Horn
                Richard C. Stanley (La. 8487)
                rcs@stanleyreuter.com
                Elizabeth S. Horn (La. 35829)
                esh@stanleyreuter.com
                    Of
                STANLEY, REUTER, ROSS,
                THORNTON & ALFORD, L.L.C.
                909 Poydras Street, Suite 2500
                New Orleans, Louisiana  70112
                Telephone:  (504) 523-1580
                Facsimile: (504) 524-0069

                Attorneys for Defendant, Fireman's Fund Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of May, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

>                         */s/ Elizabeth S. Horn*
>                         Elizabeth S. Horn