# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 05, 2016

Sheryl L. Loesch
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 16-15470-HH
Case Style: Parker Auto Body Inc., et al v. State Farm Mutual Automobile I, et al
District Court Docket No: 6:14-md-02557-GAP-TBS
Secondary Case Number: 6:14-cv-06004-GAP-TBS

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or appendix, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 10/04/2016.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

All pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tonya L. Searcy, HH/lt
Phone #: (404) 335-6180

Enclosure(s)

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

No. 16-15470-HH

---

PARKER AUTO BODY INC.,
AUTO BODY SPECIALISTS, INC.,
EAGLE AUTO BODY & PAINT SERVICE, INC.,
REYNOLDS BODY WORKS, LLC,
JAY SMITH,
d.b.a. Pecision Collision,
BRADSHAWS BODY SHOP, INC.,
ADVANTAGE COLLISION CENTER, INC.,
MEDINES COLLISION CENTER, LLC,
ROBERT JORDAN,
d.b.a. Jordans Automotive & Performance,
JIMS BODY SHOP, LLC,
ADAMS COLLISION, LLC,
LEJEUNES BODY WORKS, INC.,
BROUILLETTES PAINT & BODY, LLC,
C&C AUTOMOTIVE, LLC,
d.b.a. Miles Paint & Body,
COMPLETE COLLISION CENTER, LLC,
GOLDSTONS AUTO BODY, LLC,
JOHNSON PAINT & BODY SHOP, INC.,
KRYSTAL AUTO COLLISION, INC.,
BRILEYS PAINT & BODY, INC.,
BOBBYS PAINT & BODY SHOP & AUTO SALES, LLC,
TAYLOR AUTO BODY, LLC,
BATTERY WAREHOUSE OF NATCHITOCHES, IINC.,
d.b.a. Tonys Body Shop,
LLOYD LAUW COLLISION REPAIR CENTER, LLC,
STUBBS, INC.,
d.b.a. Expressway Paint & Body,
COUNTRY CLUB AUTO REPAIR, INC.,
FINAL TOUCH COLLISION REPAIR, INC.,
KEITH'S PAINT & BOBY, LLC,
MARTINS PAINT & BODY, INC.,
ANTLEYS COLLISION & REPAIR CENTER, LLC,
DAVID PROFIT,
d.b.a. Daves Auto Body,
DOMINIC LANDRY,
d.b.a. Dom's Paint & Body,

CHRISTOPHER ROBERTSON,
d.b.a. Chris Auto Body Shop,
A. W. STAGGS,
d.b.a. Staggs Auto Body Shop,
EDWARD DUCHESNE,
d.b.a. Duchesne Paint & Body,
KENCADE ENTERPRISES, INC.,
d.b.a. Kens Kustom Body Shop,
NAPA COLLISION CENTER OF BASTROP, LLC,
JOSEPH S. KELLEY,
d.b.a. Kelley Kustoms,
BODY BY COOK, INC.,
KEITH MAZARAC,
d.b.a. Precision Body and Frame,

Plaintiffs - Appellants,

MITCHELL BODY & FRAME SHOP, INC., et al.,

Plaintiffs,

versus

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
STATE FARM FIRE & CASUALTY COMPANY,
STATE FARM GENERAL INSURANCE COMPANY,
PROGRESSIVE SECURITY INSURANCE COMPANY,
PROGRESSIVE PALOVERDE INSURANCE COMPANY, et al.,

Defendants - Appellees.

---

Appeal from the United States District Court
for the Middle District of Florida

---

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R. 42-2(c), this appeal is DISMISSED for want of prosecution because the appellant Adams Collision, LLC, Advantage Collision Center, Inc., Antleys Collision & Repair Center, LLC, Auto Body Specialists, Inc., Battery Warehouse of Natchitoches, Iinc., Bobbys Paint & Body Shop & Auto Sales, LLC, Body By Cook, Inc., Bradshaws Body Shop, Inc., Brileys Paint & Body, Inc., Brouillettes Paint & Body, LLC, C&C Automotive, LLC, Complete Collision Center, LLC, Country Club Auto Repair, Inc., Edward Duchesne, Eagle Auto Body & Paint Service, Inc., Final Touch Collision Repair, Inc., Goldstons Auto Body, LLC, Jims Body Shop, LLC, Johnson Paint & Body Shop, Inc., Robert Jordan, Keith's Paint & Boby, LLC, Joseph S. Kelley, Kencade Enterprises, Inc., Krystal Auto Collision, Inc., Dominic Landry, LeJeunes Body Works, Inc., Lloyd Lauw Collision Repair Center, LLC,

Martins Paint & Body, Inc., Keith Mazarac, Medines Collision Center, LLC, NAPA Collision Center of Bastrop, LLC, Parker Auto Body Inc., David Profit, Reynolds Body Works, LLC, Christopher Robertson, Jay Smith, A. W. Staggs, Stubbs, Inc. and Taylor Auto Body, LLC failed to file an appendix within the time fixed by the rules, effective October 05, 2016.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Tonya L. Searcy, HH, Deputy Clerk

FOR THE COURT - BY DIRECTION