# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PARKER AUTO BODY INC, et al.,

    Plaintiffs,

v.                                                      Case No: 6:14-cv-6004-Orl-31TBS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, et al.,

    Defendants.

## ORDER

On March 23, 2016 this Court dismissed Plaintiffs' antitrust claims (Doc. 165), and denied Plaintiffs' Motion for Reconsideration (Doc. 166) on May 12, 2016 (Doc. 184). On July 28, 2016, the Court dismissed the remaining state law claims (Doc. 188). Plaintiffs' appeal to the Eleventh Circuit was dismissed on October 5, 2016 (Doc. 194). There being no pending motions to consider, this case is concluded and the Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 8, 2016.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party